UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| | : | |
| v. | : | Case No. 16-364 |
| | : | |
| DANILO MAIMONE | : | TEMPORARY ORDER TO MODIFY |
| | : | CONDITIONS OF RELEASE |

This matter having been opened to the Court by Craig Carpenito, United States Attorney for the District of New Jersey (Kathleen P. O'Leary, Assistant U.S. Attorney, appearing), and defendant DANILO MAIMONE (Vincent E. Gentile, Esq., appearing), for an order modifying the conditions of release; and defendant DANILO MAIMONE having been permitted to return to work pending sentencing; and defendant DANILO MAIMONE having requested to be allowed to continue to work in order to support himself and his family pending sentencing; and defendant DANILO MAIMONE having been compliant with his conditions of release;

It is on this **1st** day of **May**, 2019,

ORDERED that the Court's Order Setting Conditions of Release, filed on August 11, 2016, and Temporary Orders to Modify Conditions of Release, filed December 16, 2017, April 12, 2017, September 5, 2017, January 9, 2018, and October 16, 2018 are hereby modified as follows:

(1) defendant DANILO MAIMONE is permitted to work a four-month contract on board the vessel M/T Four Wind in international waters as a maritime engineer pending sentencing in the above-referenced matter;

(2) while on board the vessel M/T Four Wind, defendant DANILO MAIMONE shall report to the government and Pre-Trial Services any changes to the phone number(s) and e-mail address(es) at which he can be contacted while he is on board the M/T Four Wind; and

118374218.1

(3)     while on board the vessel M/T Four Wind defendant DANILO MAIMONE shall report to Pre-Trial Services on a weekly basis by the Probation and Pre-Trial Services Electronic Reporting System.

IT IS FURTHER ORDERED that if the government requires defendant DANILO MAIMONE to return to the United States before sentencing, defendant DANILO MAIMONE will leave the vessel at its next port of call and so return within 72 hours thereafter.

IT IS FURTHER ORDERED that all other conditions of release set forth in the Court's Order Setting Conditions of Release, filed on August 11, 2016, and Temporary Orders to Modify Conditions of Release, filed on December 16, 2016, April 12, 2017, September 5, 2017, January 9, 2018, and October 16, 2018 remain in full force and effect.

_____
HON. SUSAN D. WIGENTON
United States District Judge

Consent to:

_____
Vincent E. Gentile, Esq.
Counsel for Defendant Danilo Maimone


_____
Kathleen P. O'Leary
Kelly Graves
Assistant U.S. Attorneys

118374218.1